UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RALSTON S. BROWN, JR., and
SHEMAE S. JOHNSON,

    Plaintiffs,

v.

ER SOLUTIONS, INC.

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiffs reside here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, RALSTON S. BROWN, JR., is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Plaintiff, SHEMAE S. JOHNSON, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

5. At all times material to this complaint, the Plaintiffs were married to each other.

6. Defendant, ER SOLUTIONS, INC., is a professional corporation and citizen of the State of Washington with its principal place of business at 800 SW 39th Street, Renton, Washington 98055.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiffs' alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant sought to collect from Plaintiffs an alleged debt arising from transactions incurred for personal, family or household purposes.

12. Defendant left the following messages on Plaintiffs' voice mail on their residential telephone or about the dates stated:

September 19, 2008

Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I am calling because I have an attractive settlement offer for you; however, time is limited. So it is important that you contact us. Please contact me at 800-622-8034. Thank you.

September 20, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I am calling because I have an attractive settlement offer for you; however, time is limited, so it is important that you contact us. Please contact me at 800-622-8034. Thank you.

September 22, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I am calling because I have an attractive settlement offer for you; however, time is limited, so it is important that you contact us. Please contact me at 800-622-8034. Thank you.

September 23, 2008
Hello.  This message is for Ralston Brown and my number is 800-622-8034.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will be a short pause to allow you to disconnect.

By continuing to listen to this message, you acknowledge that you are Ralston Brown. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-622-8034. Thank you.

September 24, 2008
Hello. This message is for. And my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I'm calling because I have an important offer for you, but you must act now. Please call us back at your earliest opportunity. Our number is 800-622-8034. Thank you.

September 25, 2008
Hello. This message is for Ralston. Hello. This message is for Ralston. Hello. This message is for Ralston. Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me at 800-622-8034. Thank you.

September 26, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me at 800-622-8034. Thank you.

September 27, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me at 800-622-8034. Thank you.

September 28, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I'm calling because I have an attractive settlement offer for you; however, time is limited, so it is important that you contact us. Please contact me at 800-622-8034. Thank you.

September 29, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I'm calling because I have an important offer for you, but you must act now. Please call us back at your earliest opportunity. Our number is 800-622-8034. Thank you.

September 30, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. I'm calling because I have an attractive settlement offer for you; however, time is limited, so it is important that you contact us. Please contact me at 800-622-8034. Thank you.

October 1, 2008
Hello. This message is for Ralston Brown and my number is 800-622-8034. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. There will now be a short pause to allow you to disconnect.

By continuing to listen to this message you acknowledge you are Ralston Brown. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please contact me at 800-622-8034. Thank you.

August 14, 2009
representative.  It's important that we speak.

August 17, 2009
representative.  It's important that we speak with you.

August 21, 2009
representative.  It's important that we speak with you.

August 25, 2009
Representative.  It's important that we speak with you.  We will be with you shortly.  Thank you.

August 26, 2009
Representative.  It's important that we speak with you.  We will be with you shortly.  Thank you.

November 19, 2009
Pre-Recorded Message:  Representative.  It's important that we speak with you.  We'll be with you shortly.  Thank you.
Human caller:  Hello?  Hello?

<u>December 18, 2009</u>
Pre-Recorded Message:  Representative.  It's important that we speak with you.  We'll be with you.
Human caller:  Hello?  Hello?

13. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

14. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15. Defendant failed to inform Plaintiffs in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

16. Plaintiffs incorporate Paragraphs 1 through 15.

17. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

7

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

18.    Plaintiffs incorporate Paragraphs 1 through 15.

19.    Defendant placed telephone calls to Plaintiffs without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiffs incorporate Paragraphs 1 through 15.

21. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiffs without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiffs incorporate Paragraphs 1 through 15.

23. By failing to disclose its name, that it is a debt collector and the purpose of its communication when Defendant knew the disclosures were required by the FDCPA, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiffs demand trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658