UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-81004-Civ-Dimitrouleas/Snow

RALSTON S. BROWN
AND SHEMAE S. JOHNSON,

                    Plaintiffs,
v.

ER SOLUTIONS, INC.,

                    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [DE 13], The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff

       Barbara Fernandez, Esq., Counsel for Defendant